1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
   KARISSA D. NEFF
4  Assistant United States Attorney
   Nevada Bar No. 9133
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  Phone: (702) 388-6336
   Karissa.Neff@usdoj.gov
7
   *Attorneys for the United States*
8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10 | Sarah Ziegler,                          | Case No. 2:24-cv-01167-JAD-MDC
11 |         Plaintiff,                     | **Stipulation to Extend United States'**
12 |    v.                                  | **Deadline to File Response to Plaintiff's**
   |                                        | **Complaint**
13 | Thomas J. Vilsack, Secretary United States
   | Department of Agriculture, Agricultural | **(First Request)**
14 | Research Service; Lawrence Chandler, an |
   | Individual, Alfonso Clavijo, an Individual, |
15 |                                        |
   |         Defendants.                    |
16

17         Plaintiff, Sarah Ziegler, through counsel and the United States of America, on

18 behalf of Federal Defendants, through undersigned counsel, hereby agree and stipulate to

19 extend the deadline to file a responsive pleading to Plaintiff's Complaint from January 13,

20 2025 to January 24, 2025. The parties enter into this stipulate based on the following:

21         1.      Plaintiff filed the Complaint on June 26, 2024 (ECF No. 1).

22         2.      Plaintiff served the United States with a copy of the Summons and

23 Complaint on November 12, 2024.

24         3.      The current deadline for the United States to respond to the Plaintiff's

25 Complaint is January 13, 2025.

26         Plaintiff and the United States, through undersigned counsel, agree and stipulate

27 that the United States' time to respond to the Plaintiff's Complaint shall be extended to

28 January 24, 2025. This is the first request for an extension of time.

The extension of time is necessary for the United States' counsel to review the relevant information relating to the alleged employment discrimination and coordinate its response to the allegations in Plaintiff's complaint with the Department of Agriculture.

Therefore, the parties request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiff's Complaint to January 25, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 13th day of January 2025.

| | |
|---|---|
| /s/ Jenny L. Foley<br>JENNY L. FOLEY, ESQ.<br>Nevada Bar No. 9017<br>3753 Fairlawn Ave.<br>Las Vegas, Nevada 89121<br><br>*Attorney for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br>/s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 1/14/2025