# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SARAH ZIEGLER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 25-4006-KHV |
| GARY WASHINGTON,[1] Secretary of the ) | |
| United States Department of Agriculture, ) | |
| Agricultural Research Service; ) | |
| ALFONSO CLAVIJO and LAWRENCE ) | |
| CHANDLER, as individuals, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

On June 26, 2024, in the United States District Court for the District of Nevada, Sarah Ziegler filed suit against her former supervisors, Alfonso Clavijo and Lawrence Chandler, and Gary Washington, Acting Secretary of the United States Department of Agriculture, Agricultural Research Service. Plaintiff asserts that in violation of Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e et seq., and Nevada state law, defendants discriminated against her based on sex and terminated her employment in retaliation for complaints of discrimination.[2] See Complaint And Jury Demand (Doc. #1) filed June 26, 2024. On January 16, 2025, the parties stipulated to transfer venue to this district because the alleged unlawful employment practices occurred in this district. See Stipulation To Transfer Venue To The United States District Court,

---

[1] On March 7, 2025, Magistrate Judge Angel D. Mitchell directed the Clerk to substitute Gary Washington for Thomas J. Vilsack as Secretary of the United States Department of Agriculture. See Scheduling Order (Doc. #39).

[2] Plaintiff does not identify under which state law she brings her discrimination claim. Because she asserts her retaliation claim under Nevada state law, N.R.S. § 613.340, the Court presumes that she also brings her discrimination claim under Nevada law.

District Of Kansas (Doc. #21). On January 17, 2025, the District of Nevada transferred the case. See Order (Doc. #22). This matter is before the Court on defendants' Motion To Dismiss Individual Defendants, Government Agency Defendant, State Law Claims, And Plaintiff's Demand For Punitive Damages (Doc. #31) filed February 13, 2025. For reasons set forth below, the Court sustains defendants' motion.

Defendants ask the Court to dismiss portions of plaintiff's complaint.[3] Specifically, defendants assert that (1) Clavijo and Chandler, plaintiff's former supervisors, and the Agriculture Research Service, an agency within the U.S. Department of Agriculture, are improper defendants in a Title VII suit; (2) plaintiff's Title VII claim precludes her state law claims, regardless whether the claims are under Nevada or Kansas law; and (3) plaintiff cannot recover punitive damages under Title VII against the federal government.[4] Defendants do not seek to dismiss plaintiff's Title VII sex discrimination and retaliation claims against Washington, as Secretary of the U.S. Department of Agriculture.

Defendants filed their motion to dismiss on February 13, 2025. Under District of Kansas Local Rule 6.1(d)(1), plaintiff had until March 6, 2025 to respond. Plaintiff did not do so. Under Local Rule 7.1(c), if a party fails to respond, the Court will consider the motion uncontested and grant it without further notice. For this reason and for substantially the reasons stated in the Motion To Dismiss Individual Defendants, Government Agency Defendant, State Law Claims, And

---

[3] While defendants only specifically invoke Rule 12(b)(1), Fed. R. Civ. P. (lack of subject matter jurisdiction), the Court also construes defendants' motion under Rule 12(b)(6), Fed. R. Civ. P. (failure to state a claim).

[4] The complaint's case caption is unclear whether the Agriculture Research Service is a defendant separate from Washington, as Secretary of the U.S. Department of Agriculture. To the extent plaintiff intended the Agriculture Research Service to be a separate defendant, the Court sustains defendants' motion to dismiss for substantially the reasons stated therein.

-3-

Plaintiff's Demand For Punitive Damages (Doc. #31) filed February 13, 2025, the Court sustains defendants' motion.

**IT IS THEREFORE ORDERED** that defendants' Motion To Dismiss Individual Defendants, Government Agency Defendant, State Law Claims, And Plaintiff's Demand For Punitive Damages (Doc. #31) filed February 13, 2025 is **SUSTAINED. Plaintiff's Title VII sex discrimination and retaliation claims against Washington, as Secretary of the U.S. Department of Agriculture, remain.**

Dated this 17th day of March, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge