IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SARAH ZIEGLER,

                Plaintiff,

    vs.

                                  Case No. 25-4006-KHV-ADM

BROOK L. ROLLINS,
Secretary,
United States Department of Agriculture,

                Defendant.

**CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REVISED REQUESTS FOR PRODUCTION OF DOCUMENTS**

       I hereby certify that on September 9, 2025, Defendant United States Department of Agriculture's Responses to Plaintiff's First Set of Revised Requests for Production of Documents were sent by electronic mail to Plaintiff's attorneys:

| | |
|---|---|
| Jenny L. Foley | jennylbfoley@yahoo.com |
| Jacob Miller | jake@grissommiller.com |
| Barry Grissom | barrry@grissommiller.com |

       I further certify that on this date, this Certificate of Service was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's attorneys as shown above.  There are no non-CM/ECF participants.

                              Respectfully submitted,

                              RYAN A. KRIEGSHAUSER
                              United States Attorney
                              District of Kansas

                              s/ Christopher Allman
                              CHRISTOPHER ALLMAN
                              Assistant United States Attorney
                              District of Kansas
                              Ks. S.Ct. No. 14225

500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov

s/ Wendy A. Lynn
WENDY A. LYNN
KS S. Ct. No. 23594
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Telephone: 913-551-6737
Fax: 913-551-6541
Email: Wendy.Lynn@usdoj.gov

Attorneys for Defendant